DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

MAURICE WILLILAMS,

           Plaintiff,

   v.

MICHAEL SHANNON and VIRGIN ISLANDS TERMINAL SERVICES, LLC,

           Defendants.
_____

1:18-cv-00011

TO:   Stacy Lee White, Esq.
        Andrew C. Simpson, Esq.

## ORDER

UPON CONSIDERATION of Plaintiff's Complaint, the parties' Stipulation of Voluntary Dismissal of Virgin Islands Terminal Services LLC (ECF No. 13), and Defendant Michael Shannon's Answer (ECF No. 14) filed in this matter, it is now hereby **ORDERED**:

1. An Initial Scheduling Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure is scheduled for **October 12, 2018, at 10:00 a.m.**, in **Magistrate Courtroom 277**, before the undersigned Magistrate Judge. All counsel shall appear **in person** for the Scheduling Conference and be familiar with the case.

2. The parties shall exchange Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures on or before **September 20, 2018**.

*Williams v. Shannon*
1:18-cv-00011
Order
Page 2

3. As soon as practicable following the exchange of Initial Disclosures, the parties shall confer pursuant to Rule 26(f)(1) and (2) of the Federal Rules of Civil Procedure.

4. The parties shall submit to the Court a Joint Discovery Plan, pursuant to Rule 26(f)(3) of the Federal Rules of Civil Procedure, no later than **October 9, 2018**.

5. In addition to the requirements set forth in Rule 26(f)(3) of the Federal Rules of Civil Procedure, the parties' Joint Discovery Plan also must include:

    a. a brief statement of the facts underlying the claims and defenses in the action and the legal issues in the case;

    b. proposed deadlines for: the joinder of additional parties; amendments to the pleadings; the first mediation conference pursuant to LRCi 3.2; the completion of factual discovery; the exchange of expert reports and the completion of expert depositions;

    c. an explanation of the time needed to complete discovery, including the type and amount of discovery anticipated;

    d. a statement regarding the need for expert testimony, including the number of experts and subject areas anticipated;

      e.    whether the parties believe that the case may be susceptible to resolution through mediation;

      f.    whether the parties believe the case, or any portion thereof, is susceptible to resolution by dispositive motion;

      g.    an estimate of the trial time needed; and,

      h.    any other issues that the parties deem relevant or helpful in considering and establishing the Scheduling Order.

6.    Any areas of disagreement between or among the parties in the areas covered by the Joint Discovery Plan shall be identified and the respective positions of the parties described.

ENTER:

Dated: August 23, 2018

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
MAGISTRATE JUDGE